UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| BRETT MICHAELS CHILTON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:25-cv-00178-SNLJ |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court regarding a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody received by the Court on January 22, 2026. Chilton used a court-approved form but filled it out in pencil, with the handwriting so faint that it is barely perceptible. The document cannot be converted into a legible electronic format required for filing. As a result, the submission fails to comply with Local Rule 2.01, which requires all filings to be "legibly written." Therefore, the document must be rejected and returned to Chilton.

Furthermore, the motion was submitted for filing in a closed case. On December 5, 2025, the Court directed Chilton to file an amended § 2255 motion using a court-approved form within thirty (30) days. [Doc. 2]. The Court warned Movant that failing to comply with the Court's Order would result in the dismissal of his case, without prejudice and without further notice. [Id.] Because Chilton did not comply with the Court's Order, the case was dismissed on January 20, 2026.

**IT IS HEREBY ORDERED** that the Motion Under 28 U.S.C. § 2255 to Vacate,

Set Aside, or Correct Sentence by a Person in Federal Custody received by the Court on January 22, 2026 is **REJECTED** for filing, and the Clerk of Court is directed to **RETURN** the document to Chilton.

    **SO ORDERED** this 22nd day of January, 2026.

                                                      _/s/ Stephen N. Limbaugh, Jr._
                                                      STEPHEN N. LIMBAUGH, JR.
                                                      SENIOR UNITED STATES DISTRICT JUDGE